DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER R. DALEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1268

[May 13, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy Lawrence Bailey, Judge; L.T. Case No. 062021CF010520A88810.

Daniel Eisinger, Public Defender, and Benjamin Nathaniel Paley, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Jessenia J. Concepcion, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Fleming v. State*, 414 So. 3d 175 (Fla. 4th DCA 2025).

KUNTZ, C.J., MAY and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***